JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EUGEN BOAR, | Case No.   CV 24-9471 FMO |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Court's Order Re: Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 23rd day of April, 2025.

/s/
Fernando M. Olguin
United States District Judge